Steven Katz (application pending for *Pro Hac Vice*)
katz@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Tamara Fraizer (SBN 215942)
fraizer@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
VERTICA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SYBASE, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> VERTICA SYSTEMS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 09-CV-05647-MHP <br><br> [PROPOSED] **ORDER RE VERTICA'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(A)** <br><br> ~~Date: Monday, May 3, 2010~~ <br> Time: 2:00 p.m. <br> Ctrm: 15, 18th Floor <br> ~~Judge~~: Hon. Marilyn H. Patel |

Defendant Vertica Systems, Inc. ("Vertica") having filed a Motion to Transfer Venue to the Eastern District of Texas Pursuant to 28 U.S.C. § 1404 (A), the Court having carefully considered the submissions of the parties and the relevant law and facts, IT IS HEREBY ORDERED that Vertica's motion is GRANTED. **for the reasons set forth in the Statement of Reasons, made a part of this Order at pages 3-5.**

1

Pursuant to 28 U.S.C. § 1404(a), this action shall be transferred to the Tyler Division of the Eastern District of Texas, before which is pending the related matter of *Sybase, Inc. v. Vertica Systems, Inc.*, Civil Action No. 6:08-cv-24[LED]. **The Clerk of Court shall transfer the file forthwith.**

So **ORDERED** this 22nd day of  April  , 2010.

_____
Honorable
United States

*IT IS SO ORDERED*
Judge Marilyn H. Patel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of [PROPOSED] ORDER RE VERTICA'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(A) via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by First Class Mail.

          */s/ Tamara Fraizer*
          Tamara Fraizer

50706018.doc